# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# AIKEN DIVISION

| | | |
|---|---|---|
| Dedra Denise Jenkins, | ) | |
| | ) | Civil Action No. 1:14-cv-04880-JMC |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Carolyn W. Colvin, Acting Commissioner of Social Security Administration, | ) ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the court upon motion of Plaintiff, through her attorney, W. Daniel Mayes ("Counsel"), for an award of attorney's fees and costs under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d). (ECF No. 28.) Plaintiff's motion, filed on February 18, 2016, seeks reimbursement for Counsel's representation in the captioned matter in the amount of $4,579.00 in attorney's fees, $7.00 for costs, and $16.00 for expenses. Defendant's response to Plaintiff's motion (ECF No. 29) demonstrates to the court that she does not oppose Plaintiff's request for fees in the amount stated herein. Specifically, Defendant does not object to the motion and only asks that the stipulated amount of attorney's fees payable to Plaintiff will be used to offset any outstanding federal debt the Commissioner determines Plaintiff owes. (Id. at 1–2.)

The court has reviewed Plaintiff's counsel's fee petition and finds that Plaintiff is entitled to an award under the EAJA in the amount of $4,579.00 for attorney's fees, $16.00 for expenses, and $7.00 for costs. *See* 28 U.S.C. §§ 2412(c)(1), 2414; *Shalala v. Schaefer*, 509 U.S. 292, 302–03 (1993). In accordance with *Astrue v. Ratliff*, 130 S.Ct. 2521, 2528–29 (2010), EAJA fees awarded by this court belong to the litigant, thus subjecting EAJA fees to offset under the

Treasury Offset Program (31 U.S.C. § 3716(c)(3)(B)(2006)) and, therefore, the court directs that fees be payable to Plaintiff and delivered to Plaintiff's counsel.

Accordingly, the court **GRANTS** Plaintiff's Motion for Attorney's Fees (ECF No. 28).

**IT IS SO ORDERED**

*J. Michelle Childs*

United States District Judge

March 3, 2016
Columbia, South Carolina